CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA
FILED
10/26/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JINPING LI,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as U.S. Secretary of Homeland Security; JOSEPH B. EDLOW, Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services,

Respondents.

Civil Action No. 7:26-cv-00468

**ORDER**

By: Hon. Thomas T. Cullen
United States District Judge

---

This case is before the court on petitioner Jinping Li's Motion for Voluntary Dismissal Without Prejudice of her Petition for Writ of Mandamus. (ECF No. 8.) On June 11, 2026, Li filed her Petition for Writ of Mandamus and Declaratory Judgment seeking to compel the United States Citizenship and Immigration Services ("USCIS") to adjudicate her pending Form I-485, Application to Register Permanent Residence or Adjust Status. (ECF No. 1.) On August 21, 2026, Respondents filed a motion for extension of time to file an answer. (ECF No. 4.) The court granted the motion and extended the answer deadline to November 23, 2026. (ECF No. 7.) Due to a change in circumstances, Li no longer wishes to proceed with this action and now moves to voluntarily dismiss her petition. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Because Respondents have not yet filed an answer or motion for summary judgment, it is hereby **ORDERED** that Li's motion for voluntary dismissal is **GRANTED** and the

action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney's fees. *See* Fed. R. Civ. P. 41(a)(2).

The clerk is directed to forward a copy of this Order to all parties and to strike this case from the court's active docket.

**ENTERED** this 26th day of October, 2026.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE